**Fill in this information to identify the case:**

Debtor 1 __David Lee Henderson__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number __25-00134__

# Official Form 410S1
# Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank

**Court claim no. (if known):** _____

**Last 4 digits of any number you use to identify the debtor's account:** 6 9 8 7

**Date of payment change:**
Must be at least 21 days after date of this notice     01/01/2026

**New total payment:** $ 1,366.35
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 419.79       New escrow payment: $ 684.95

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $_____       New mortgage payment: $_____

Official Form 410S1            Notice of Mortgage Payment Change                    page 1

Debtor 1  **David** Lee **Henderson**  Case number (if known) **25-00134**
First Name / Middle Name / Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X */s/ Tiffany Smith*   Date **11/19/2025**
Signature

Print: **Tiffany** **Smith**   Title **Bankruptcy Analyst**
First Name / Middle Name / Last Name

Company **Trustmark Bank**

Address **P. O. Box 522**
Number / Street

**Jackson**   **MS**   **39205**
City / State / ZIP Code

Contact phone **601-208-4489**   Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT 376**   11/19/2025 1:16:59 PM ET   PFSP342

| Account No | | Statement: Type | ANNUAL | Date | 11/17/25 |
|---|---|---|---|---|---|
| SHORTAGE WAS SPREAD | | BKR | | | |

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 6260.03 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 521.66 | Cushion   C-1/6 | 853.76 |
| Cycle | 01/01/26 - 12/31/26 | RESPA Max 1/6 Cushion | 853.76 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 1101.19 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 08/26 | Anticipated Bal   -1105.80 | Required Bal | 853.76 |
| SHORTAGE   -1959.56 | DEFICIENCY   -910.84 | | |
| Current Escrow Shortage | -1959.56 | Percentage of Change | 63.1649 % |
| EA Shortage Spread Used | 12 | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 01/01/26 - |
|---|---|---|
| 681.40 | PRINCIPAL & INTEREST | 681.40 |
| 419.79 | ESCROW | 521.66 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 163.29 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 1101.19 | TOTAL BORROWER PAYMENT | 1366.35 |

Message:                                                    OK                                                    MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT  376    11/19/2025 1:18:11 PM ET    PFSP344**

```
+--------------------------Trial  Balance  Detail ------------------------------+
|  -- To Escrow --           -- From Escrow --       ---- Escrow Balance ----   |
|  Month    Antciptd    Cpindex   Antciptd      Desc       ANTCIPTD    Required |
|                       STARTING BALANCE =>       -910.84    1048.72            |
|  01/26     521.66        .00      94.78    FHA RI        -483.96    1475.60   |
|  02/26     521.66        .00      94.78    FHA RI         -57.08    1902.48   |
|  03/26     521.66        .00      94.78    FHA RI         369.80    2329.36   |
|  04/26     521.66        .00      94.78    FHA RI         796.68    2756.24   |
|  05/26     521.66        .00      94.78    FHA RI        1223.56    3183.12   |
|  06/26     521.66        .00      94.78    FHA RI        1650.44    3610.00   |
|  07/26     521.66        .00      94.78    FHA RI        2077.32    4036.88   |
|  08/26     521.66        .00    3610.00    HAZARD            .00        .00   |
|              .00         .00      94.78    FHA RI       -1105.80     853.76   |
|  09/26     521.66        .00      94.78    FHA RI        -678.92    1280.64   |
|  10/26     521.66        .00      94.78    FHA RI        -252.04    1707.52   |
|  11/26     521.66        .00      94.78    FHA RI         174.84    2134.40   |
|  12/26     521.66        .00      94.78    FHA RI            .00        .00   |
|              .00         .00    1512.67    COUNTY        -910.95    1048.61   |
+------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                      OK                                        BOTTOM

## CERTIFICATE OF SERVICE

I, Tiffany Smith, do herby certify that I have this 19th day of November, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**Torri Parker Martin**
tpm@tpmartinch13.com

**Tiffany Smith**
P.O. Box 522
Jackson, MS 39205

**David Lee Henderson**
108 Turnerville Rd
Vicksburg, MS 39183

**Thomas Carl Rollins, Jr**
trollins@therollinsfirm.com