**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: DAVID LEE HENDERSON**

**CASE NO. 26-00134-JAW**
**CHAPTER 13**

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FRBP 7007.1**

Pursuant to Fed. R. Bank. Proc. 1007(a)(1) and/or 7007.1, and to enable judges to more effectively evaluate possible disqualification or recusal issues, the undersigned counsel for Trustmark Bank certifies that Trustmark Bank makes the following disclosure:

✓ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are: Trustmark Corporation.

Respectfully submitted, this 9 day of November 2026,

Trustmark Bank

*/s James Eldred Renfroe*

James Eldred Renfroe, MSB #10096
Renfroe & Perilloux, PLLC
648 Lakeland East Drive Ste A
Flowood, MS 39232
(601) 932-1011
jrenfroe@mslawfirm.biz
Attorney for Trustmark Bank