**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **DAVID LEE HENDERSON** | **CASE NO. 25-00134-JAW**<br>**CHAPTER 13** |
| **AND** | **KEENASHA MINOR** | **CO-DEBTOR** |

## ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES

Having come on for hearing the Motion to Lift Automatic Stay and for Abandonment as to Debtor and Co-Debtor or Alternatively for Adequate Protection including the Right to File and Amended Proof of Claim for Fees and Costs (Dkt. #_____) as filed by Trustmark Bank, and after reviewing all pleadings filed and having found that the Debtor has filed no response and made no appearance and the Co-Debtor has filed no response and made no appearance, this Court finds that the motion is hereby granted and as such it is hereby ordered that automatic stay against Trustmark Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have vesting the lender all rights and privileges they might have under their Note and Security Agreement and that the 1301 Co-Debtor stay against Trustmark Bank or any subsequent assignee or beneficiary of the underlying lien is hereby lifted. Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

Trustmark Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have in respect to the real property including, but not limited to their right of foreclosure should they deem fit with such property bearing municipal address 108 Turnerville Road, Vicksburg, Mississippi and being further described on Exhibit A attached hereto.

## END OF ORDER ##

Prepared and submitted by:

*/s/ James Eldred Renfroe*
James Eldred Renfroe, MSB#10096
James L. Powell, MSB#10083
Renfroe & Perilloux, PLLC
Attorney for Trustmark Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
jrenfroe@mslawfirm.biz

# EXHIBIT A

## COMPLETE LEGAL DESCRIPTION

Part of Section 10, Township 16 North, Range 4 East, Warren County, Mississippi, more particularly described as follows, to-wit: Beginning at an iron pipe in the extreme Eastern corner of that certain tract conveyed by Wesley L. Turner and Ameail T. Turner, husband and wife, to Juanita Ray Bankston by deed dated August 17, 1946, and duly recorded in Book 256 at Page 552 of the land records of Warren County, Mississippi; thence from said Point of Beginning run along a fence line South 60 degrees 00 minutes West 368.60 feet; thence continuing along said existing fence, South 70 degrees 40 minutes West 106.64 feet to a fence corner located on the East right-of-way line of Turnerville Road; thence run along an existing fenceline that borders on the North right-of-way line of said Turnerville Road, South 03 degrees 07 minutes East 312.25 feet; thence continuing along said right-of-way South 26 degrees 14 minutes East 252.6 feet to an iron pipe on the Southwest corner of the property; thence leaving said road and running along an existing fence, North 72 degrees 29 minutes East 648.08 feet to an iron pipe found at a fence corner; thence continuing along existing fence, run North 08 degrees 46 minutes East 146.67 feet to a fence corner; thence continuing along an existing fence North 39 degrees West 53 minutes 544.49 feet of the Point of Beginning, containing 8.60 acres, more or less, and being the same property described in deed form Richard C. Beasley and Frances Griffling Beasley to James E. Rowland and Mildred B. Rowland dated December 17, 1969, and recorded in Deed Book 463 at Page 584 of the aforesaid land records.

LESS AND EXCEPT: That certain property conveyed by deed from James W. Sullivan and Alisa P. Sullivan to Roy J. Elmore and Katheryn V. Elmore on recorded in Deed Book 830 at Page 27 of the land Records of Warren County, Mississippi.

LESS AND EXCEPT: That certain property conveyed by deed from James W. Sullivan and Alisa P. Sullivan to Walter E. Griffith and Bonita P. Griffith appearing of record in Deed Book 828 at Page 848 of the land records of Warren County, Mississippi.

Being the same property acquired by David Preston Busby from Robert A. Kirgan and Jessica L. Kirgan, dated February 7, 2017, filed for record on February 10, 2017, in Book 1602 at Page 460.

**********FILED**********
OCTOBER 1 2019 11:57 AM
Instrument 370080
Book 1735 Page 655
Warren County Mississippi
Donna F. Hardy, Chancery Clerk