**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**DAVID LEE HENDERSON** **CASE NO. 25-00134-JAW**

**TRUSTEE'S RESPONSE**
**TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Response to Motion for Relief from Stay as to *108 Turnerville Rd.,* Motion for Relief from Co-Debtor Stay as to Keenasha Minor, and Motion to Compel Abandonment (Docket #28) and in support thereof, would show unto the Court the following:

1. The Motion for Relief from Automatic Stay (Docket #28) states that the Chapter 13 Debtor's, and the non-filing Co-Debtor's (Keenasha Minor), direct mortgage loan payments to Trustmark Bank (hereinafter "Creditor") are delinquent for August 2026 through November 2026.
2. The Motion further states that the Creditor has incurred attorney fees and costs related to the filing of the Motion.
3. The Debtor's petition was filed January 16, 2025. The plan was confirmed March 18, 2025 (Docket #19).
4. The confirmed plan provides that the Debtor will make direct mortgage loan payments to Trustmark National [Bank].
5. The Code provides that Debtors will be able to make all plan payments and comply with the plan. (11 U.S.C. § 1325(a)(6)). (emphasis added).

6. The Code further provides that, "the trustee shall make payments to the creditors under the plan." (11 U.S.C. § 1326(c)).

7. Accordingly, the Debtor should be required to modify the Chapter 13 Plan to include the ongoing monthly mortgage loan payments, arrears, fees, and costs to be paid to the Creditor through the plan.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Response be received and considered and at the hearing hereon an Order be entered requiring the Debtor(s) to modify the Chapter 13 Plan to include the ongoing monthly mortgage loan payments, arrears, fees, and costs to be paid to Trustmark National [Bank] through the plan; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: November 23, 2026

Respectfully Submitted,

/s/ Semoune Ellis
Semoune Ellis MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Response to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Creditor:**

James Eldred Renfroe, MSB# 10096
Renfroe & Perilloux, PLLC
648 Lakeland East, Suite A
Flowood, MS 39232
Office: 601 932-1011
Fax : 601-932-1014
Email: jrenfroe@mslawfirm.biz

**Attorney for Debtor(s):**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

DATED: November 23, 2026

/s/Semoune Ellis
Semoune Ellis